
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00789-RBJ

DONALDSON COMPANY, INC.,

    Plaintiff,

v.

FILTER SERVICE & TESTING CORP.,

    Defendant.

_____

## STIPULATED DISMISSAL WITH PREJUDICE
_____

Plaintiff, Donaldson Company, Inc. ("Donaldson") and defendant, Filter Service & Testing Corp. ("FST") have agreed to a resolution of this Civil Action.

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Donaldson and FST hereby stipulate and agree as follows:

    1.    All claims brought by Donaldson against FST are hereby dismissed with prejudice.

    2.    All counterclaims brought by FST against Donaldson are hereby dismissed with prejudice.

    3.    Each party to this Stipulated Dismissal with Prejudice will pay its own costs and attorneys' fees.

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ _Jared B. Briant_* | */s/ Joseph Pia* |
| Jared B. Briant | Joseph Pia |
| Faegre Baker Daniels LLP | Brett Davis |
| 3200 Wells Fargo Center | Pia Anderson Dorius Reynard & Moss |
| 1700 Lincoln Street | 222 South Main Street, Suite 1830 |
| Denver, Colorado 80203 | Salt Lake City, Utah 84101 |
| Phone: (303) 607-3500 | Phone: (801) 350-9000 |
| Fax: (303) 607-3600 | Fax: (801) 350-9010 |
| Email: jared.briant@faegrebd.com | Email: joe.pia@padrm.com |
| | Email: brett.davis@padrm.com |
| Theodore M. Budd | Michael D. Plachy |
| Faegre Baker Daniels LLP | Lewis Roca Rothgerber |
| 2200 Wells Fargo Center | 1200 Seventeenth Street |
| 90 South Seventh Street | Denver, Colorado 80202 |
| Minneapolis, Minnesota 55402 | Phone: (303) 628-9532 |
| Phone: (612) 766-7000 | Fax: (303) 623-9222 |
| Fax: (612) 766-1600 | Email: MPlachy@LRRLaw.com |
| Email: ted.budd@faegrebd.com | |
| Attorneys for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2016, I electronically filed the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following CM/ECF users:

Joseph Pia
Robert Aycock
Brett Davis
Pia Anderson Dorius Reynard & Moss
222 South Main Street
Suite 1830
Salt Lake City, Utah 84101
Phone: (801) 350-9000
Fax: (801) 350-9010
Email: joe.pia@padrm.com
Email: raycock@padrm.com
Email: bdavis@padrm.com

Michael D. Plachy
Lewis Roca Rothgerber
1200 Seventeenth Street
Denver, Colorado 80202
Phone: (303) 628-9532
Fax: (303) 623-9222
Email: MPlachy@LRRLaw.com

*s/ Margaret M. Zylstra*